# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 14, 2017

## NO. 03-16-00395-CV

**Wylie Cavin; Lillian Cavin; and Eagle Radiology, PLLC, Appellants**

**v.**

**Kristin Abbott and William Abbott, Appellees**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
AFFIRMED IN PART; REVERSED AND RENDERED IN PART; REVERSED AND
REMANDED IN PART—OPINION BY JUSTICE PEMBERTON**

This is an appeal from the interlocutory order signed by the district court on June 1, 2016. Having reviewed the record and the parties' arguments, the Court holds that the district court did not err in denying appellants' motion to dismiss appellees' assault claim. The court therefore affirms the district court's order in this respect. However, the Court holds that there was reversible error in the district court's order denying appellants' motion to dismiss each of appellees' other claims. Therefore, the Court reverses the district court's order and renders judgment dismissing these other claims. The Court remands the case to the district court to determine the attorney's fees and sanctions that must be awarded incident to such dismissal under the Texas Citizens Participation Act, as well as for reconsideration, in light of the Court's opinion, of the discretionary attorney's fees previously imposed by the district court against

appellants.  Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.